**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case No. 13-cr-0159-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BRANDON LEE BROWN,
2.     JERRICA ALLEN,
3.     HUBERT ASBERRY,
4.     MARCUS BAKER,
5.     BRANDON DUJUAN BROWN,
6.     CRYSTAL BUTLER,
7.     WESLEY CONNER,
8.     RODNEY DELATORRE REYNA,
9.     KENT HOOKS,
10.    STEPHANIE KIRBY,
11.    ARTURO MARTÍNEZ,
12.    DUSTY MEDEIROS,
13.    JAMILA POWERS,
14.    SORL SHEAD, JR.,
15.    LEON SIMMONS,
17.    ARNELL STEWART,
18.    JULIAN WHEELER, and
19.    LEONARD WRIGHT

    Defendants.

**ORDER REGARDING JOINT DEFENSE AGREEMENT DISCLOSURES**

This matter comes before the Court *sua sponte*. This Court has the inherent authority to require disclosure of the precise nature of a criminal defendant's representation to ensure that no conflict of interest exists which would deprive a defendant of his Sixth Amendment right to effective assistance of counsel. See *United*

States v. Stepney*, 246 F.Supp.2d 1069 (N.D. Cal. 2003).  Accordingly the Court ORDERS as follows:

1. On or before May 21, 2013, any Defendant who has entered into a Joint Defense Agreement shall submit such Agreement to the Court (filed under Restriction Level 3) for *in camera* review.

2. On or before May 21, 2013, any Defendant who has had his or her Initial Appearance prior to that date, and who as of that date has not entered a Joint Defense Agreement, shall submit a filing (under Restriction Level 3) informing the Court of as much.

3. Should any Defendant contemplate entering into a Joint Defense Agreement after this Order, that Defendant shall submit such Agreement to the Court (filed under Restriction Level 3) **for *in camera* review PRIOR TO ITS EXECUTION.**

Dated this 1st day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge