**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 13-cr-00159-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     BRANDON LEE BROWN,
2.     JERRICA ALLEN,
3.     HUBERT ASBERRY,
4.     MARCUS BAKER,
5.     BRANDON DUJUAN BROWN,
6.     CRYSTAL BUTLER,
7.     WESLEY CONNER,
8.     RODNEY DELATORRE REYNA,
9.     KENT HOOKS,
10.     STEPHANIE KIRBY,
11.     ARTURO MARTINEZ,
12.     DUSTY MEDEIROS,
13.     JAMILA POWERS,
14.     SORL SHEAD, JR.,
15.     LEON SIMMONS,
17.     ARNELL STEWART,
18.     JULIAN WHEELER,
19.     LEONARD WRIGHT,

    Defendants.

**ORDER GRANTING THE GOVERNMENT'S MOTION
REGARDING DISCLOSURE OF GRAND JURY MATERIALS**

This matter is before the Court on the Government's Motion to Disclose Copies of Transcripts of Grand Jury Testimony and Exhibits Under Specified Conditions to Attorneys for Defendants, filed May 21, 2013 (ECF No. 220). The Court having reviewed the Government's Motion hereby ORDERS as follows:

1. That copies of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorneys for the Defendants in the above-captioned case for preparation for trial; and

2. That the disclosed copies of the Grand Jury transcripts and materials are subject to the Protective Order previously entered in this case (ECF. No. 205) and are to be handled accordingly.

Dated this 22nd day of May, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge