**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

CASE NO. 13-cr-0159-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

9.    KENT HOOKS,

    Defendant.

---

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT HOOKS'S MOTION FOR PRETRIAL PROFFER OF CO-CONSPIRATOR STATEMENTS**

---

This matter is before the Court on Defendant Hook's Motion for Pretrial Proffer of Co-Conspirator Statements to be Offered Under Fed. R. Evid. 801(d)(2)(E) and to Order a *James* Hearing. (ECF No. 291.)

The Court notes that this case is in the early phases of discovery and that no motions deadlines have been established. It is the Court's practice, in a multi-defendant drug conspiracy case such as this, to set phased motions deadlines. Typically, the Court requires that all discovery motions and motions challenging the indictment be filed first. The next deadline pertains to all suppression motions. The final motions deadline governs motions to sever and motions, like that filed here, seeking determination of the admissibility of co-conspirator statements under Federal Rule of Evidence 801(d)(2). (*See, e.g.*, Case No. 1:12-cr-242, ECF No. 239.)

The reason for setting the deadline for motions involving the admissibility of co-conspirator statements at a later point in the case is to permit the parties and the Court

to have a better grasp of the facts of the case and the nature of the conspiracy. Significantly, at this later date, it is typically possible for the Court to have a better grasp of which of the Defendants may choose to exercise their right to a jury trial. The admissibility of co-conspirator statements is a heavily fact-intensive exercise and is likely to be depend, at least in part, on how many and which of the eighteen Defendants choose to take this case to trial. As this case is still months away from trial, the Court finds that judicial economy weighs against holding a *James* hearing or making a determination about the admissibility of co-conspirator statements at this point in the case.

Accordingly, Defendant Hooks's Motion for Pretrial Proffer of Co-Conspirator Statements to be Offered Under Fed. R. Evid. 801(d)(2)(E) and to Order a *James* Hearing (ECF No. 291) is DENIED WITHOUT PREJUDICE to refiling no later than the deadline for such motions, which the Court will set in a later order.

Dated this 2nd day of July, 2013.

BY THE COURT:

William J. Martinez
United States District Judge